**Order entered January 10, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00542-CV

### QADREE CAMPBELL, Appellant

### V.

### ANGELA MARIE PECINA A/K/A ANGELA HOWELL AND GREGORY OLIVAREZ PECINA, Appellees

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-01649-2018**

## ORDER

The reporter's record in this case was originally due by July 2, 2019. By order dated September 25, 2019, we granted Court Reporter Denise Condran's second request for an extension of time to file the reporter's record and ordered the record filed by October 25, 2019. To date, the reporter's record has not been filed.

Accordingly, we **ORDER** the reporter's record in this case to be filed within **TEN DAYS** of the date of this order. We expressly **CAUTION** Ms. Condran that failure to comply with this order will result in the Court taking such action as is necessary to have the reporter's record filed, which may include an order that she not sit as a court reporter until she complies.

We **DIRECT** the Clerk to send copies of this order to:

Honorable David Rippel
Presiding Judge
County Court at Law No. 4

Denise Condran
Official Court Reporter
County Court at Law No. 4

All parties

/s/     BILL WHITEHILL
         JUSTICE